1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; CAPITOL
7  RECORDS, INC.; FONOVISA, INC.; and
   INTERSCOPE RECORDS
8

9

10               UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11

12                                                  CV 08    1038

13 | UMG RECORDINGS, INC., a Delaware            | CASE NO.
   | corporation; CAPITOL RECORDS, INC., a
14 | Delaware corporation; FONOVISA, INC., a     | **CERTIFICATION OF INTERESTED**
   | California corporation; and INTERSCOPE      | **ENTITIES OR PERSONS**
15 | RECORDS, a California general partnership,
16 |                     Plaintiffs,

17          v.

18 | JOHN DOE,
19 |                     Defendant.

20

21

22

23

24

25

26

27

28

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
7  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
8  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
9  publicly traded.  Vivendi S.A. is publicly traded in France.

10  The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
11  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
12  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
13  Virgin Music Group Ltd.; and EMI Group Limited.

14  The following companies are parents of, or partners in Plaintiff FONOVISA, INC.:
15  Univision Music LLC; Univision Music Group Mexico, S.A. de C.V.; Univision Music Inc.;
16  Univision Communications Inc.; and Diara Inc.

17  The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
18  UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
19  Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;
20  and Vivendi S.A., of which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in
21  France.

23  Dated: February 21, 2008                HOLME ROBERTS & OWEN LLP

                                            By: _____
                                            MATTHEW FRANKLIN JAKSA
                                            Attorney for Plaintiffs
                                            UMG RECORDINGS, INC.; CAPITOL
                                            RECORDS, INC.; FONOVISA, INC.; and
                                            INTERSCOPE RECORDS