**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, et al., | No. C 08-01038 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 8] |
| JOHN DOE, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT as plaintiffs have indicated in their Ex Parte Application to Continue Case Management Conference [Docket No. 8] (the "Application") that they will not have identified the DOE defendant prior to their Case Management Conference (CMC) set for May 28, 2008, at 2:30 p.m., *see* Docket No. 6, the Application is GRANTED, and the CMC is CONTINUED to July 2, 2008, at 3:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

May 19, 2008

                                                                            _____
                                                                            Saundra Brown Armstrong
                                                                            United States District Judge