**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, et al., | No. C 08-01038 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 14] |
| JOHN DOE, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT as plaintiffs have indicated in their Ex Parte Application to Continue Case Management Conference [Docket No. 14] (the "Application") that they will not have identified the DOE defendant prior to their Case Management Conference (CMC) set for July 2, 2008, at 3:30 p.m., *see* Docket No. 9, the Application is GRANTED, and the CMC is CONTINUED to October 1, 2008, at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

June 19, 2008

_____
Saundra Brown Armstrong
United States District Judge