**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, *et al.*, | No. C 08-1038 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 8] |
| JOHN DOE, | |
| Defendant. | |

**REQUEST BEFORE THE COURT**

Before the Court is plaintiffs' Motion for Leave to Take Immediate Discovery (the "Motion") [Docket No. 3]. Plaintiffs are media entities and copyright holders that seek leave to issue a subpoena to the University of California at Santa Cruz (UCSC), under Federal Rule of Civil Procedure 45, to identify defendant prior to a conference under Federal Rule of Civil Procedure 26(f). The Court finds this matter suitable for disposition without a hearing, and HOLDS the Motion in ABEYANCE, while plaintiffs contact UCSC and determine (1) whether the information sought by subpoena is still available, given the events giving rise to this matter occurred over a year ago; and (2) whether UCSC will provide this information to plaintiffs without a subpoena. Plaintiffs have 21 days from the date of the entry of this Order to file with the Court the answers to these two questions.

IT IS SO ORDERED.

July 1, 2008

_____
Saundra Brown Armstrong
United States District Judge