1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; CAPITOL
7  RECORDS, INC.; FONOVISA, INC.; and
   INTERSCOPE RECORDS
8

9

10              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
11                   OAKLAND DIVISION

12

13  UMG RECORDINGS, INC., a Delaware          CASE NO. 4:08-CV-01038-SBA
    corporation; CAPITOL RECORDS, LLC., a
14  Delaware limited liability company;       **Honorable Saundra Brown Armstrong**
    FONOVISA, INC., a California corporation; and
15  INTERSCOPE RECORDS, a California general   **AMENDED CERTIFICATION OF**
    partnership,                              **INTERESTED ENTITIES OR PERSONS**
16

17                    Plaintiffs,

18         v.

19
    JOHN DOE,
20                    Defendant.

21

22

23

24

25

26

27

28

AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 4:08-cv-01038-SBA
#39658 v1 saf

1
2
3
4
5

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

6
7

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

8
9
10

Plaintiff CAPITOL RECORDS, INC. has changed its name to CAPITOL RECORDS, LLC. Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

11
12
13

Plaintiff FONOVISA, INC. is a corporation owned by Univision Music LLC and Univision Music Group Mexico, S.A. de C.V.  Univision Music LLC is owned by Univision Music Inc., a subsidiary of Univision Communications Inc.; and Diara Inc.

14
15

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French company.

16
17

Dated:  August 26, 2008

HOLME ROBERTS & OWEN LLP

18
19

By:  _____/s/ Dawniell Alise Zavala___

20

Dawniell Alise Zavala
Attorney for Plaintiffs

21
22
23
24
25
26
27
28

1